UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION
TRIAL BY JURY

| | | |
|---|---|---|
| DANNY WILLIAMS | § § § § | |
| v. | § § | CIVIL NO. 5:08-CV-00131 |
| | § § § | |
| P.A.M. TRANSPORT, INC. AND LISTER MCCOLLISTER | § § | |

## O R D E R

On this _____ day of _____, 2010, came on to be heard Defendants' Motion in Limine. The Court, having considered the motion and the pleadings, is of the opinion that each issue contained in said motion should be ruled on as follows:

1. GRANTED: ____   DENIED: ____   AGREED: __X__

2. GRANTED: ____   DENIED: ____   AGREED: __X__

3. GRANTED: ____   DENIED: ____   AGREED: __X__

4. GRANTED: ____   DENIED: ____   AGREED: __X__

5. GRANTED: ____   DENIED: ____   AGREED: __X__

6. GRANTED: ____   DENIED: ____   AGREED: __X__

7. GRANTED: ____   DENIED: ____   AGREED: __X__

8. GRANTED: ____   DENIED: ____   AGREED: __X__

9. GRANTED: ____   DENIED: ____   AGREED: __X__

10. GRANTED: ____   DENIED: ____   AGREED: __X__

11. GRANTED: ____   DENIED: ____   AGREED: __X__

12. GRANTED: __✓__   DENIED: ____   AGREED: ____

13. GRANTED: ____ DENIED: ✓ AGREED: _____

14. GRANTED: ____ DENIED: ____ AGREED: __X___

15. GRANTED: ____ DENIED: ____ AGREED: __X___

16. GRANTED: ____ DENIED: ____ AGREED: __X___

17. GRANTED: ____ DENIED: ____ AGREED: __X___

18. GRANTED: ____ DENIED: ____ AGREED: __X___

19. GRANTED: ____ DENIED: ____ AGREED: __X___

20. GRANTED: ____ DENIED: ____ AGREED: __X___

21. GRANTED: ____ DENIED: ____ AGREED: __X___

22. GRANTED: ____ DENIED: ____ AGREED: __X___

23. GRANTED: ____ DENIED: ____ AGREED: __X___

24. GRANTED: ____ DENIED: ____ AGREED: __X___

25. GRANTED: ____ DENIED: ____ AGREED: __X___

26. GRANTED: ____ DENIED: ____ AGREED: __X___

27. GRANTED: ____ DENIED: ____ AGREED: __X___

28. GRANTED: ____ DENIED: ____ AGREED: __X___

29. GRANTED: ____ DENIED: ____ AGREED: __X___

30. GRANTED: ____ DENIED: ____ AGREED: __X___

31. GRANTED: ____ DENIED: ____ AGREED: __X___

32. GRANTED: ____ DENIED: ____ AGREED: __X___

32. AGREED AS MODIFIED: __X___

It is therefore ORDERED that Defendants' Motion in Limine be granted or denied as provided herein.

SIGNED on this the 18 day of _____, 2010.

_____
HONORABLE MICAELA ALVAREZ
JUDGE PRESIDING